| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Barkett, Rosemary | 2. Court or Organization<br><br>U.S. Court of Appeals, 11 Cir. | 3. Date of Report<br><br>09/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/30/2013<br>to<br>9/30/2013 |
| 7. Chambers or Office Address<br><br>99 NE 4th Street<br>Suite 1223<br>Miami, FL 33132 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/1/79 | State of Florida, Div. of Retirement; Sect. 401(a), IRC |
| 2. 10/1/82 | Aetna Life Ins.; Deferred Comp., Sect. 457, IRC |
| 3. 3/3/87 | Nationwide Life Ins.; Deferred Comp., Sect. 457, IRC |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 09/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/30-9/30 | State of Florida Retirement (Aetna & Nationwide) | $11,475.37 |
| 2. 1/30-9/30 | State of Florida Judicial Retirement | $34,410.33 |
| 3. July 2013 | New York University - Teaching Appellate Judges Seminar | $1,800.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Women Judges | 02/15/2013 - 02/16/2013 | Orlando, FL | Meeting | airfare, meals, lodging |
| 2. | American Bar Association | 03/15/2013 - 03/15/2013 | Washington DC | Meeting / Conference | airfare, meals, lodging |
| 3. | Federal Judges Association | 04/23/2013 - 04/24/2013 | Washington DC | Meeting | airfare, mealis, lodging |
| 4. | New Appellate Judges Seminar - New York University | 07/14/213 - 07/19/2013 | New York, NY | Attend Seminar | airfare, meal, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 09/30/2013 |

6. _____ _____ _____ _____ _____

7. _____ _____ _____ _____ _____

8. _____ _____ _____ _____ _____

9. _____ _____ _____ _____ _____

10. _____ _____ _____ _____ _____

11. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Barkett, Rosemary** | 09/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Bank (re-mortgage) | Real Estate Mortgage (1/2 owner) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT & T, Inc (formerlySBC & before that Pacific Telesis ) | A | Dividend | J | T | | | | | |
| 2. Altera | A | Dividend | L | T | | | | | |
| 3. Amgen, Inc (Amgn) | A | Dividend | K | T | | | | | |
| 4. Apple | | None | L | T | | | | | |
| 5. Applied Materials | A | Dividend | K | T | | | | | |
| 6. Attl (formerly Firstcom FCLX) | | None | J | T | | | | | |
| 7. Cisco | A | Dividend | K | T | | | | | |
| 8. Coca Cola (KO) | A | Dividend | K | T | | | | | |
| 9. Corning, Inc. (GLW) | A | Dividend | K | T | | | | | |
| 10. EMC Corp. | | None | K | T | | | | | |
| 11. Fld.Contra Fd FCNTX | | None | L | T | | | | | |
| 12. IBM | A | Dividend | J | T | | | | | |
| 13. JP Morgan Chase (JPM) | A | Dividend | K | T | | | | | |
| 14. Microsoft Corporation (MSFT) | A | Dividend | K | T | | | | | |
| 15. Nokia Corp. (NOK) | A | Dividend | J | T | Buy | 1/30/13 | J | | |
| 16. North. Trust NTRS | A | Dividend | K | T | | | | | |
| 17. Qualcomm, Inc. (QCOM) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Texas Instruments | A | Dividend | K | T | | | | | |
| 19. Wells Fargo | A | Dividend | J | T | | | | | |
| 20. Live Ops | | None | K | T | | | | | |
| 21. Aetna Deferred Comp Plan (now ING Life) | D | Dividend | L | T | | | | | |
| 22. Nationwide | D | Dividend | L | T | | | | | |
| 23. Citibank Money Market | A | Int./Div. | M | T | | | | | |
| 24. TRUST # 1 (Global Managed Portfolio Level 5 (Citibank) | D | Dividend | P1 | T | | | | | |
| 25. IRA #1 (ClearBridge Multi Cap Growth Portfolios (Citibank) | A | Dividend | M | T | | | | | |
| 26. | | | | | | | | | |
| 27. Re-Parcel 1-Lake Park, FL (1/2 ownership) | | None | N | W | | | | | |
| 28. Re-Parcel 4-Homestead, FL (1/3 ownership) | | None | L | W | | | | | |
| 29. Re-Parcel 5-Homestead, FL (1/2 ownership) | | None | L | W | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 09/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Rosemary Barkett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544